## Way ag$^t$ Williams

Liv$^t$ Rich$^d$ Way Attourny unto m$^{rs}$ Elizabeth Freake Adm$^x$ unto the Estate of m$^r$ John Freake plaint. ag$^t$ John Williams of Boston Boateman Defend$^t$ in an action of the case for the earnings of a Boate w$^{ch}$ the s$^d$ W$^{ms}$ hath imploied about Four yeares, the one halfe thereof belongs to the s$^d$ Freake & what shall appeare to bee justly due upon the s$^d$ Account which conceive may bee about thirty pounds in mony & all other due damages according to attachm$^t$ dat$^d$ April: 17$^o$ 1676. . . . The Jury . . . founde for the plaint. that the s$^d$ W$^{ms}$ shall give in a just & true Acco$^t$ of the earnings of the boate for so long time as hee hath imploied her within thirty dayes or pay to the plaint. twenty Four pounds in mony & costs of Court being thirty one Shilling & eight pence & so to have the boate.